UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADRIAN JOSEPH MAUPIN,

    Petitioner,

v.

PAT GLEBE,

    Respondent.

CASE NO. 3:15-CV-05431-BHS-JRC

ORDER GRANTING LEAVE TO FILE SUPPORTING MEMORANDUM

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636 (b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction, thus, the petition is filed pursuant to 28 U.S.C. § 2254.

On July 14, 2015, Petitioner filed a petition for writ of habeas corpus. Dkt. 4. Petitioner also filed a motion for leave to file a memorandum in support of petition on July 22, 2015. Dkt. 7. Petitioner states that his petition only stated the supporting facts and that he did not cite any case law or argue the points in support of his petition. *Id.* Petitioner filed his memorandum in support of petition on July 30, 2015. Dkt. 11. Accordingly, petitioner's motion for leave to file

ORDER GRANTING LEAVE TO FILE
SUPPORTING MEMORANDUM - 1

1  memorandum (Dkt. 7) is granted and the memorandum filed on July 30, 2015 (Dkt. 11) will be
2  considered by the Court.

3  Respondent's answer is currently due September 6, 2015. Because the Court has granted
4  petitioner leave to file his memorandum in support, the Court orders that respondent's answer
5  shall now be due on or before September 13, 2015. The answer will be treated in accordance
6  with Local Rule CR 7.  Accordingly, upon receipt of the answer the Clerk will note the matter
7  for consideration on the fourth Friday after the answer is filed, petitioner may file and serve a
8  response not later than on the Monday immediately preceding the Friday appointed for
9  consideration of the matter, and respondent may file and serve a reply brief not later than the
10 Friday designated for consideration of the matter.

11 2. The Clerk shall send copies of this Order to petitioner and counsel for respondent.

13 Dated this 25th day of August, 2015.

J. Richard Creatura
United States Magistrate Judge