UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADRIAN J. MAUPIN,

                Petitioner,

     v.

PAT GLEBE,

                Respondent.

CASE NO. C15-5431 BHS

ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

     This matter comes before the Court on Petitioner Adrian Maupin's ("Maupin") motion for appointment of counsel (Dkt. 24).

     On January 20, 2016, the Court denied Maupin's petition and denied Maupin a certificate of appealability. Dkt. 21. On March 8, 2016, Maupin filed a notice of appeal (Dkt. 23) and a motion to appoint counsel (Dkt. 24).

     At this point, the Court denies Maupin's motion. The Ninth Circuit will review Maupin's appeal and consider issuing a certificate of appealability. In the event the court issues a certificate, it normally considers appointing counsel as well. On the other hand, if the court does not issue a certificate, then counsel is usually not necessary to resolve

ORDER - 1

1 the case.  In any event, this Court need not interfere with those proceedings and **DENIES**

2 Maupin's motion.

3     **IT IS SO ORDERED**.

4     Dated this 9th day of March, 2016.

                                   BENJAMIN H. SETTLE
                                   United States District Judge